UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
TCF INVENTORY FINANCE, INC., )
) Case No. MC17-0090RSL
Plaintiff, )
v. )
) ORDER TO ISSUE WRIT OF
SEATTLE HOME APPLIANCE, LLC, ) GARNISHMENT
THOMAS HENRY BEARDSLEE, and )
SHELLY MAE GILLOTT BEARDSLEE, )
)
Defendants, )
v. )
)
JPMORGAN CHASE BANK, N.A., )
)
Garnishee. )
_____)

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtors, Seattle Home Appliance, LLC, Thomas Henry Beardslee, and/or Shelly Mae Gillott Beardslee, have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, JPMorgan Chase Bank, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on August 7, 2017, at Dkt. # 1-3.

Dated this 9th day of August, 2017.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT